# IN THE SUPREME COURT OF THE STATE OF NEVADA

RALPH STEPHEN COPPOLA,
Appellant,
vs.
WELLS FARGO BANK, N.A.; AND
NATIONAL DEFAULT SERVICES,
Respondents.

No. 75359

**FILED**

MAY 2 2 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This pro se appeal was docketed in this court on March 15, 2018, without payment of the requisite filing fee. The district court's March 29, 2018, order denying appellant's motion to proceed in forma pauperis was filed in this court on April 3, 2018. On April 10, 2018, this court entered an order directing appellant to pay the filing fee within 30 days or file a motion in this court to proceed in forma pauperis. Further, the order cautioned appellant that failure to pay the filing fee or file the motion would result in dismissal of this appeal. To date, appellant has not paid the filing fee or otherwise responded to this court's order. Accordingly, cause appearing, this appeal is hereby dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _Elizabeth A Br_____

18-19500

cc: Hon. Elliott A. Sattler, District Judge
Ralph Stephen Coppola
Snell & Wilmer LLP/Salt Lake City
Snell & Wilmer, LLP/Las Vegas
Snell & Wilmer, LLP/Reno
Washoe District Court Clerk